Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 10, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 10, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00044-CV

____________

 

IN RE LIVING CENTERS OF TEXAS,
INC./PASADENA CARE CENTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 20, 2005, relator filed a petition
for writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In its petition, relator asked this Court to
compel the Honorable Joseph ATad@ Halbach, presiding judge of the 333rd District Court in
Harris County, Texas, to set aside that portion of its January 20, 2005, order
in cause number 2003-09558 compelling production of documents that it asserts
are protected by the medical peer review and quality assurance privilege.  Relator also requested an emergency stay of
the trial court=s order, which this court denied on February 2, 2005, after
relator supplemented its appendix to provide a certified copy of the trial
court=s order.  








Relator has not established that it is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 10, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Seymore.